IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-31466
Summary Calendar
_____

MARGARET ANN MYERS,

Plaintiff-Appellant,

versus

CITY OF WEST MONROE ET AL.,

Defendants,

CITY OF WEST MONROE; SHERMAN CALHOUN, Individually and in his
official capacity as a police officer for West Monroe;
JIM WAINWRIGHT; ERNEST MCHENRY,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 96-CV-1181
--------------------
June 8, 2001
Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Margaret Ann Myers appeals the district court's award of

$19,069.70 in attorney's fees to the defendants pursuant to 42

U.S.C. § 1988(b).  Myers argues that the district court erred in

awarding fees to the defendants because they did not itemize by

the hour those fees related to the frivolous claims.  She further

argues that if fees must be awarded, they should be apportioned

_____

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

pursuant to <u>Nash v. Chandler</u>, 848 F.2d 567 (1988) and therefore based only on the extent to which the frivolous claims increased the costs of litigation.

We review the district court's award of attorney's fees for abuse of discretion and its supporting factual findings for clear error. <u>Foreman v. Dallas County, Texas</u>, 193 F.3d 314, 318 (5th Cir. 1999), <u>cert. denied</u>, 529 U.S. 1067 (2000). We review <u>de novo</u> the conclusions of law underlying the award. <u>Id</u>.

Myers's argument that the defendants are not entitled to attorney's fees because they did not properly itemize their fees is meritless. We further hold that our decision in <u>Nash</u> did not mandate a result different from that reached by the district court. The district court did not abuse its discretion in fashioning the fee award, and, therefore, its judgment is AFFIRMED.